IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN LARKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-CV-1121-WKW |
| ) | |
| BRANCH BANKING AND TRUST ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 26, 2013, the Magistrate Judge filed a Recommendation. (Doc. # 6.) No objections were filed. After an independent and de novo review of the record, it is ORDERED as follows:

1. The Recommendation (Doc. # 6) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice.

An appropriate judgment will follow.

DONE this 21st day of March, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE